■ In the Matter of JOSE VILLAREAL, Petitioner, v RICHARD A. BROWN, as District Attorney of Queens County, et al., Respondents. [646 NYS2d 288] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, *inter alia,* to prohibit the respondents from retrying the petitioner under Queens County Indictment No. 12922/94 on the ground of double jeopardy.

Adjudged that the petition is granted, without costs or disbursements, and the indictment is dismissed for reasons stated in *Matter of Maltz v Clabby* (229 AD2d 580 [decided herewith]). O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.